IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**WEST VIRGINIA PARENTS FOR**
**RELIGIOUS FREEDOM, ANDREW**
**WALDRON, PASTOR CHRIS FIGARETTI,**
and **JUDD UHL,**

           Plaintiffs,

v.                               **CIVIL ACTION NO. 5:23-CV-158**
                                    Judge Bailey

**DR. MATTHEW CHRISTIANSEN,**
in his official capacities as the State
Health Officer and Commissioner of the
Bureau of Public Health,

           Defendant.

## ORDER SETTING BRIEFING SCHEDULE

Pending before this Court is plaintiffs' Motion for Preliminary Injunction and Expedited Consideration [Doc. 4], filed April 28, 2023. On May 10, 2023, this Court heard oral argument on the pending Motion. Based on a consideration of the same, this Court hereby defers its ruling on the Motion subject to the following briefing schedule:

Plaintiffs' Motion for Summary Judgment shall be filed no later than **May 31, 2023.**

Defendant's Response to Plaintiffs' Motion for Summary Judgment shall be filed no later than **June 30, 2023.**

Plaintiffs' Reply to Response to Plaintiffs' Motion for Summary Judgment shall be filed no later than **July 14, 2023.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: May 10, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE