# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | | |
|---|---|---|
| WEST VIRGINIA PARENTS FOR RELIGIOUS FREEDOM, et. al., | : | Civil Action No.: 5:23-cv-00158-JPB |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| DR. MATTHEW CHRISTIANSEN, | : | |
| Defendant | : | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiffs West Virginia Parents for Religious Freedom, Pastor Chris Figaretti, and Judd Uhl, who by and through their undersigned counsel, and pursuant to FRCP 56 move this Court to grant summary judgment in their favor.

1. In support of their Motion, Plaintiffs attach their Statement of Uncontroverted Facts as Exhibit A.

2. Plaintiffs hereby incorporate their Memorandum in Support of this Motion, filed contemporaneously, as if fully restated herein.

WHEREFORE, Plaintiffs move this Court to grant summary judgment on their behalf and grant any and all other relief the Court deems appropriate.

| | |
|---|---|
| Dated: May 31, 2023 | Respectfully submitted, |
| JOHN H. BRYAN LAW | SIRI & GLIMSTAD LLP |
| /s/ *John H. Bryan* <br> John H. Bryan, Attorney <br> West Virginia Bar No. 102159 <br> 411 Main Street <br> P.O. Box 366 <br> Union, West Virginia 24983 <br> Tel: (304) 772-4999 <br> Fax: (304) 772-4998 <br> jhb@johnbryanlaw.com | /s/ *Aaron Siri* <br> Aaron Siri, Esq. (admitted PHV) <br> Elizabeth A. Brehm, Esq. (admitted PHV) <br> Walker D. Moller (admitted PHV) <br> Suzanne Heywood (admitted PHV) <br> 745 Fifth Ave, Suite 500 <br> New York, NY 10151 <br> Tel: (212) 532-1091 <br> Fax: (646) 417-5967 <br> aaron@sirillp.com <br> ebrehm@sirillp.com <br> wmoller@sirillp.com <br> sheywood@sirillp.com <br><br> Christopher Wiest (admitted PHV) <br> 25 Town Center Blvd., Suite 104 <br> Crestview, KY 41017 <br> Tel: (513) 257-1895 <br> Fax: (859) 495-0803 <br> chris@cwiestlaw.com <br><br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record.

/s/ *John H. Bryan*