IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**WEST VIRGINIA PARENTS FOR
RELIGIOUS FREEDOM, ANDREW
WALDRON, PASTOR CHRIS FIGARETTI,**
and **JUDD UHL,**

        Plaintiffs,

v.                            **CIVIL ACTION NO. 5:23-CV-158**
                                Judge Bailey

**DR. MATTHEW CHRISTIANSEN,**
in his official capacities as the State
Health Officer and Commissioner of the
Bureau of Public Health,

        Defendant.

## ORDER

Pending before this Court is a Motion to Amend Case Caption [Doc. 66], filed August 18, 2023. Therein, plaintiffs motion the Court to amend plaintiff West Virginia Parents for Religious Freedom's name in the caption for the above-styled case. Plaintiffs state there is a typo misspelling and the word "Virginia" is missing a second "i."

The Motion [**Doc. 66**] is **GRANTED**. The Clerk is hereby **DIRECTED** to update plaintiff's name on the docket to read: <u>West Virginia Parents for Religious Freedom</u>.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: August 18, 2023.

/s/ John Preston Bailey
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**