# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

WEST VIRGINIA PARENTS FOR :
RELIGIOUS FREEDOM, et al.,
                                            :
        Plaintiffs,
                                            :   Civil Action No.: 5:23-cv-00158-JPB
v.
                                            :
DR. MATTHEW CHRISTIANSEN,
                                            :
        Defendant.

## NOTICE OF APPEAL

Plaintiffs, West Virginia Parents for Religious Freedom, Pastor Chris Figaretti, and Judd Uhl, hereby give notice of their Appeal to the United States Court of Appeals for the Fourth Circuit, of the Order entered August 2, 2023 (Doc. 65), which, among other things, stays this matter under *Pullman*.

Dated: August 23, 2023                      Respectfully submitted,

JOHN H. BRYAN LAW                           SIRI & GLIMSTAD LLP

 /s/ *John H. Bryan*                        */s/ Aaron Siri*
John H. Bryan, Attorney                     Aaron Siri, Esq. (admitted PHV)
West Virginia Bar No. 102159                Elizabeth A. Brehm, Esq. (admitted PHV)
411 Main Street                             Walker D. Moller (admitted PHV)
P.O. Box 366                                Suzanne Heywood (admitted PHV)
Union, West Virginia 24983                  745 Fifth Ave, Suite 500
Tel: (304) 772-4999                         New York, NY 10151
Fax: (304) 772-4998                         Tel: (212) 532-1091
jhb@johnbryanlaw.com                        Fax: (646) 417-5967
                                            aaron@sirillp.com
                                            ebrehm@sirillp.com
                                            wmoller@sirillp.com
                                            sheywood@sirillp.com

                                            Christopher Wiest (admitted PHV)
                                            25 Town Center Blvd., Suite 104
                                            Crestview, KY 41017

2

Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record.

/s/ *John H. Bryan*