FILED:  August 25, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1887
(5:23-cv-00158-JPB)

_____

WEST VIRGINIA PARENTS FOR RELIGIOUS FREEDOM; PASTOR CHRIS
FIGARETTI; JUDD UHL, individually and on behalf of their minor children, and
on behalf of others similarly situated

      Plaintiffs - Appellants

 and

ANDREW WALDRON

      Plaintiff

v.

DR. MATTHEW CHRISTIANSEN, in his official capacities as the State Health
Officer and Commissioner of the Bureau of Public Health

      Defendant - Appellee

 and

BELINDA MOSS, in her official capacity as the Principal Administrator of Cheat
Lake Elementary School; MINDY WILSON, in her official capacity as the
Principal Administrator of the Jefferson Elementary Center

      Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
| Originating Case Number | 5:23-cv-00158-JPB |
| Date notice of appeal filed in originating court: | 08/23/2023 |
| Appellant(s) | West Virginia Parents for Religious Freedom; Pastor Chris Figaretti; Judd Uhl |
| Appellate Case Number | 23-1887 |
| Case Manager | Karen Stump 804-916-2704 |