FILED: December 31, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1887
(5:23-cv-00158-JPB)

_____

WEST VIRGINIA PARENTS FOR RELIGIOUS FREEDOM; PASTOR CHRIS FIGARETTI; JUDD UHL, individually and on behalf of their minor children, and on behalf of others similarly situated

   Plaintiffs - Appellants

 and

ANDREW WALDRON

   Plaintiff

v.

DR. MATTHEW CHRISTIANSEN, in his official capacity as the State Health Officer; JUSTIN DAVIS, in his official capacity as the Interim Commissioner for the Bureau of Public Health

   Defendants - Appellees

 and

BELINDA MOSS, in her official capacity as the Principal Administrator of Cheat Lake Elementary School; MINDY WILSON, in her official capacity as the Principal Administrator of the Jefferson Elementary Center

   Defendants

_____

JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with <u>Fed. R. App. P. 41</u>.

<u>/s/ NWAMAKA ANOWI, CLERK</u>